UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANITA VICTOR, | Case No. 2:21-cv-01508-JAM-JDP (PS) |
|---|---|
| Plaintiff, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | ECF No. 2 |
| Defendants. | |

On August 23, plaintiff moved to proceed without prepayment of fees. ECF No. 2. However, on September 20, plaintiff paid the filing fee for this case. Thus, plaintiff's motion, ECF No. 2, is denied as moot.

IT IS SO ORDERED.

Dated: ___September 21, 2021___            _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28